Opinion issued October 1, 2020



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00900-CV

_____

**MANSOUR SHOJAIE, Appellant**

**V.**

**HARRIS COUNTY TAX ASSESSOR-COLLECTOR, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-27435**

---

## MEMORANDUM OPINION

Appellant, Mansour Shojaie, has neither established indigence for purposes of court costs nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 37.3(a), (b). On February 20, 2020, appellant was notified that this appeal was subject to dismissal if appellant did not

submit written evidence that he had paid, or made arrangements to pay the fee for preparing the clerk's record on or before March 23, 2020. After more than six months, appellant did not adequately respond.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Hightower and Adams.